**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE : NO.  508
MAGISTERIAL DISTRICTS WITHIN THE :
8th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of August 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 8th Judicial District (Northumberland County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Northumberland County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 08-2-01
Magisterial District Judge William C. Cole

East Cameron Township
Kulpmont Borough
Marion Heights Borough
Mount Carmel Borough
Mount Carmel Township
Ralpho Township
Riverside Borough
Rush Township
West Cameron Township

| Magisterial District 08-3-02 | Delaware Township |
| Magisterial District Judge Michael I. Diehl | East Chillisquaque Township |
| | Lewis Township |
| | McEwensville Borough |
| | Milton Borough |
| | Point Township |
| | Turbot Township |
| | Turbotville Borough |
| | Watsontown Borough |
| | West Chillisquaque Township |

| Magisterial District 08-3-03 | City of Shamokin |
| Magisterial District Judge John Gembic | Coal Township |
| | Shamokin Township |
| | Snydertown Borough |
| | Zerbe Township |

| Magisterial District 08-3-04 | City of Sunbury |
| Magisterial District Judge Michael P. Toomey | Herndon Borough |
| | Jackson Township |
| | Jordan Township |
| | Little Mahanoy Township |
| | Lower Augusta Township |
| | Lower Mahanoy Township |
| | Northumberland Borough |
| | Rockefeller Township |
| | Upper Augusta Township |
| | Upper Mahanoy Township |
| | Washington Township |